# UNITED STATES DISTRICT COURT
### for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br><br>BRANDON LANE MCCULLOUGH<br>(DOB 03/10/1989) | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

20-mj-2030DPR

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 25, 2019, through May 7, 2020,___ in the county of ___Taney___ in the ___Western___ District of ___Missouri___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2251(a) | Beginning on an unknown date, but as early as May 25, 2019, and continuing through May 7, 2020, said dates being approximate, in Taney County, and elsewhere, in the Western District of Missouri, the defendant, BRANDON LANE MCCULLOUGH, employed, used, persuaded, induced, enticed, and coerced a minor, Jane Doe, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e). |

This criminal complaint is based on these facts:

Please see attached affidavit of HSI SA Jeremy Bluto.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeremy Bluto, HSI SA
_____
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

_____
*Judge's signature*

Date: ___5/7/20___

City and state: ___Springfield, Missouri___

David P. Rush, Chief United States Magistrate Judge, Western District of Missouri
_____
*Printed name and title*